# Exhibit 1

*Down on the farm DVD*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Registration Number**

**PA 1-698-357**

Effective date of registration:

August 27, 2010

---

## Title
- **Title of Work:** Corbin Fisher Amateur College Men Down On The Farm

## Completion/Publication
- **Year of Completion:** 2010
- **Date of 1st Publication:** August 26, 2010
- **Nation of 1st Publication:** United States

## Author
- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
- **Author Created:** entire motion picture, Artwork/Photographs
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
  302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
- **Organization Name:** Excelsior Media Corp
- **Name:** Marc J Randazza, Esq
- **Email:** copyright@excelsiormedia.com
- **Telephone:** 888-267-2462
- **Address:** 302 Washington Street
  STE 321
  San Diego, CA 92103 United States

## Certification
- **Name:** Jason Gibson
- **Date:** August 26, 2010
- **Applicant's Tracking Number:** DVD-Down On The Farm