Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| Liberty Media Holdings, LLC<br>A California Corporation<br><br>             Plaintiff,<br><br>       vs.<br><br>Steve Gladstone<br><br>             Defendant. | Case No. 11-CV-649-BTM-MDD<br><br>WITHDRAWAL OF EMERGENCY<br>MOTION FOR EARLY DISCOVERY |

1.   Plaintiff Liberty Media Holdings hereby withdraws its Emergency Motion for Early Discovery (ECF No. 8).

2.   The Parties, upon an additional meet and confer, have agreed that they will file a joint motion for early discovery after final agreements on its language are reached.

Dated: May 18, 2011          s/ Marc Randazza

                             Marc J. Randazza, SBN 269535
                             Randazza Legal Group
                             3969 Fourth Avenue Suite 204
                             San Diego, CA 92103
                             888-667-1113
                             305-437-7662 (fax)
                             mjr@randazza.com

1

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on May 18, 2011.  A copy was emailed to Ryan Hardee, attorney for Defendant at, RTHardee@duanemorris.com.

Dated: May 18, 2011                    Respectfully submitted,

                                       s/ Marc Randazza
                                       Marc J. Randazza, SBN 269535
                                       Randazza Legal Group
                                       3969 Fourth Avenue, Suite 204
                                       San Diego, CA 92103
                                       888-667-1113, 305-437-7662 (fax)
                                       mjr@randazza.com