Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| Liberty Media Holdings, LLC<br>A California Corporation<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Steve Gladstone<br><br>　　　　Defendant. | Case No. 11-CV-649-BTM-MDD<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

1.　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice.

Dated: June 20, 2011          s/ Marc Randazza
　　　　　　　　　　　　　　　Marc J. Randazza, SBN 269535
　　　　　　　　　　　　　　　Randazza Legal Group
　　　　　　　　　　　　　　　3969 Fourth Avenue Suite 204
　　　　　　　　　　　　　　　San Diego, CA 92103
　　　　　　　　　　　　　　　888-667-1113
　　　　　　　　　　　　　　　305-437-7662 (fax)
　　　　　　　　　　　　　　　mjr@randazza.com

1

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on June 20, 2011, which sent notification to Defendant's counsel of record.

Dated: June 20, 2011                  Respectfully submitted,

                                              s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com